IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

MELVIN MARIN,

    Plaintiff,

v.                           Case No.

JAMES BOND *et al.*,

    Defendants.

## NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WISCONSIN

The Wisconsin Department of Veterans Affairs and Secretary James Bond ("State Defendants"), by their attorneys, Wisconsin Attorney General Joshua L. Kaul, and Assistant Attorneys General Frank John Remington and Brandon T. Flugaur, hereby give notice of removal of this civil action from the Milwaukee County Circuit Court to the United States District Court for the Eastern District of Wisconsin pursuant to 28 U.S.C. §§ 1441, 1446. The grounds for removal are as follows:

1. Milwaukee County Circuit Court Case No. 26CV592 has been commenced and is pending in the Circuit Court for Milwaukee County.

2. Plaintiff is an individual and resident of the State of Wisconsin who resides, as last updated to the circuit court, at "1216 N. 13TH STREET, GUESTHOUSE, Milwaukee, WI 53205."

3. To date, Plaintiff has not served any party.

4. Plaintiff's Complaint contains exclusively federal law claims, and he brings his claims under 42 U.S.C. § 1983 as well as a claim under the Americans with Disabilities Act ("ADA") and The Rehabilitation Act of 1973. (Ex. 1.)

5. Pursuant to 28 U.S.C. § 1446(a), a true and complete copy of the Complaint is attached to this Notice as **Exhibit A**.

6. This action is being timely removed on February 23, 2026, within 30 days after State Defendants were made aware that Plaintiff was pursuing relief pursuant to a federal basis. *See Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 353-54 (1999).

7. The civil action remains pending.

8. This action may be removed to this Court pursuant to 28 U.S.C. § 1441(a), which authorizes removal of "any civil action brought in a State court of which the district courts of the United States have original jurisdiction." 28 U.S.C. § 1441(a); *see also Wis. Dep't of Corrs. v. Schacht*, 524 U.S. 381, 386 (1998).

9. Removal is proper when federal law claims are asserted in state court, even if those federal law claims may be initiated in state court. *Breuer v. Jim's Concrete of Brevard, Inc.*, 538 U.S. 691, 693 (2003).

10. The action arises under provisions of the federal constitution and federal statute, specifically the Fourteenth Amendment and 42 U.S.C. § 1983.

11. This Court has original jurisdiction over claims arising under the Constitution or laws of the United States. *See* 28 U.S.C. § 1331.

2

Case 2:26-cv-00294-SCD   Filed 02/23/26   Page 2 of 4   Document 1

12. The United States District Court for the Eastern District of Wisconsin is the proper venue for removal of this action because the action was commenced and is pending in a Wisconsin circuit court within this district. *See* 28 U.S.C. § 1441(a).

13. Pursuant to 28 U.S.C. § 1446(d), written notice of the removal of this action, including a copy of this Notice of Removal, is being simultaneously mailed to the plaintiff and electronically filed with the Clerk of Courts for the Circuit Court of Milwaukee County, Wisconsin.

14. All defendants join in this removal and have acknowledged this Notice of Removal. This includes State Defendants represented by undersigned counsel as well as the still-unserved defendant Lutheran Social Services.

**WHEREFORE**, State Defendants represent that they have complied with the applicable provisions of law and give notice that this action stands removed from the Circuit Court for Milwaukee County, Wisconsin, to the United States District Court for the Eastern District of Wisconsin.

Dated February 23, 2026.

    Respectfully submitted,

    JOSHUA L. KAUL
    Attorney General of Wisconsin

    s/ Frank John Remington
    FRANK JOHN REMINGTON
    Assistant Attorney General
    State Bar #1101919

    BRANDON T. FLUGAUR
    Assistant Attorney General
    State Bar #1074305

Attorneys for State Defendants.

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 267-2780 (Remington)
(608) 266-1780 (Flugaur)
(608) 294-2907 (Fax)
frank.remington@wisdoj.gov
brandon.flugaur@wisdoj.gov